IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RONALD SIMMONS,                    )
                                   )
              Petitioner,          )
                                   )  Civil No. 03-644-CO
      v.                           )
                                   )  ORDER
ROBERT SCHIEDLER,                  )
                                   )
              Respondent.          )
_____)

    Magistrate Judge John P. Cooney filed Findings and
Recommendation on March 15, 2005, in the above entitled case.
The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B)
and Fed. R. Civ. P. 72(b).  When either party objects to any
portion of a magistrate judge's Findings and Recommendation, the
district court must make a de novo determination of that portion
of the magistrate judge's report.  See 28 U.S.C. § 636(b)(1);
McDonnell Douglas Corp. v. Commodore Business Machines, Inc.,
656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920
(1982).

Petitioner has timely filed objections. I have, therefore, given <u>de</u> <u>novo</u> review of Magistrate Judge Cooney's rulings.

I find no error. Accordingly, I ADOPT Magistrate Judge Cooney's Findings and Recommendation filed March 15, 2005, in its entirety. The petition for habeas corpus is denied and this action is dismissed with prejudice. Judgment will enter accordingly.

IT IS SO ORDERED.

DATED this ___22nd___ day of ___April___, 2005.


UNITED STATES DISTRICT JUDGE